Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jose Jacinto

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JACINTO, | Case No.: 1:16-cv-00786-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the deadline in which plaintiff must file his opening brief for a period of 30

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit based on 42 U.S.C. § 405(g).

1    days from February 6, 2017, to and including March 8, 2017.  Defendant's

2    responsive brief shall be due no later than April 7, 2017, and plaintiff's reply brief

3    shall be filed no later than April 21, 2017.

4        This request is made pursuant to paragraph 12 of the Court's Scheduling

5    Order of June 8, 2016, permitting the filing of a single 30-day extension without

6    the need for court approval.

7       IT IS SO STIPULATED.

    DATE: February 6, 2017      Respectfully submitted,

8

9                          LAW OFFICES OF LAWRENCE D. ROHLFING

                           /s/ *Young Cho*

10                 BY: _____

                     Young Cho

11                     Attorney for plaintiff JOSE JACINTO

12

13    Date: February 6, 2017       PHILLIP A. TALBERT

                     Acting United States Attorney

14

15

16              BY:   /s/ *Jeffrey T. Chen*

                    JEFFREY T. CHEN

17                   Special Assistant United States Attorney

                    Attorneys for Defendant NANCY A.

18                   BERRYHILL, Acting Commissioner of Social

                    Security (Per email authorization)

19

20

21

22                            **ORDER**

23

24        Pursuant to the stipulation of the parties, Plaintiff shall file his opening brief

   no later than March 8, 2017.  Defendant's responsive brief shall be filed no later

25

26

than April 7, 2017, and Plaintiff's reply brief, if any, shall be filed no later than April 21, 2017.

IT IS SO ORDERED.

Dated:   **February 7, 2017**            /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE